### HOUGH v. TRACY.

A party allowed to alter his plea after the case was argued on a demurrer and delivered up to the court for judgment.

ACTION of *assumpsit.* Plea — That the defendant did not · assume and promise within three years before the date and

impetration of the plaintiff's writ, nor was there any note or memorandum thereof made in writing signed by him or any other person in his behalf.    To this plea a demurrer was given.

After the demurrer was argued, and the cause delivered to the court, the defendant moved for liberty to alter his plea and plead generally, that he did not assume and promise, which was granted.